JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: September 25, 2009

Check No. 1763642

Check Amount: $11,965.01

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-40845-R | 00008 | REBECCA L. BECKHAM | 10 | XXXXX5892 | 57.69 | 0.00 | 57.69 |
| | | Original check written to:<br>CAPITAL ONE SERVICES<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | | | | | |
| 04-40845-R | 00009 | REBECCA L. BECKHAM | 9 | XXXXX2024 | 133.31 | 0.00 | 133.31 |
| | | Original check written to:<br>CAPITAL ONE SERVICES<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | | | | | |
| 04-40845-R | 00026 | REBECCA L. BECKHAM | 11 | XXXXX2357 | 447.43 | 0.00 | 447.43 |
| | | Original check written to:<br>CAPITAL ONE SERVICES<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | | | | | |
| 04-40934-R | 00011 | NETHA NEAL JOHNSON, SR. & DARLENE JOHNSON | 12 | XXXXX2498 | 3.60 | 0.00 | 3.60 |
| | | Original check written to:<br>CAPITAL ONE SERVICES<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | | | | | |
| 04-40934-R | 00012 | NETHA NEAL JOHNSON, SR. & DARLENE JOHNSON | 8 | XXXXX4461 | 2.69 | 0.00 | 2.69 |
| | | Original check written to:<br>CAPITAL ONE SERVICES<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | | | | | |
| 04-40934-R | 00024 | NETHA NEAL JOHNSON, SR. & DARLENE JOHNSON | 10 | XXXXX4664 | 4.04 | 0.00 | 4.04 |
| | | Original check written to:<br>CAPITAL ONE SERVICES<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: September 25, 2009

Check No. 1763642

Check Amount: $11,965.01

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-40934-R | 00034 | NETHA NEAL JOHNSON, SR. & DARLENE JOHNSON | 11 | XXXXX5488 | 24.94 | 0.00 | 24.94 |
| | | Original check written to:<br>CAPITAL ONE SERVICES<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | | | | | |
| 04-40934-R | 00037 | NETHA NEAL JOHNSON, SR. & DARLENE JOHNSON | 7 | XXXXX7727 | 1.83 | 0.00 | 1.83 |
| | | Original check written to:<br>CAPITAL ONE SERVICES<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | | | | | |
| 04-41540-R | 00003 | RODNEY K. JOLLY | 8 | XXXXX9064 | 0.28 | 0.00 | 0.28 |
| | | Original check written to:<br>CAPITAL ONE SERVICES<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | | | | | |
| 04-41712-R | 00011 | RYAN J. LUX | 9 | XXXXX6004 | 24.03 | 0.00 | 24.03 |
| | | Original check written to:<br>CAPITAL ONE SERVICES<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | | | | | |
| 04-41717-R | 00011 | BOBBY M. & CINDY L. THORN | 27 | XXXXX2102 | 25.05 | 0.00 | 25.05 |
| | | Original check written to:<br>CAPITAL ONE SERVICES<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | | | | | |
| 04-41717-R | 00047 | BOBBY M. & CINDY L. THORN | 29 | XXXXX5938 | 10.19 | 0.00 | 10.19 |
| | | Original check written to:<br>CAPITAL ONE SERVICES<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: September 25, 2009

Check No. 1763642

Check Amount: $11,965.01

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-41765-R | 10018 | DEWEY & BETH DELAYNE GRIFFITH | 11 | XXXXXIDED | 4.01 | 0.00 | 4.01 |
| | | Original check written to:<br>RADIO SHACK<br>4800 TEXOMA PARKWAY<br>SHERMAN, TX 75090 | | | | | |
| 04-41844-R | 00010 | LONEY DUNN | 4 | XXXXX4158 | 1.53 | 0.00 | 1.53 |
| | | Original check written to:<br>CAPITAL ONE SERVICES<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | | | | | |
| 04-42236-R | 00004 | MARK W. WILLIAMS | 10 | XXXXX2430 | 203.32 | 0.00 | 203.32 |
| | | Original check written to:<br>CAPITAL ONE SERVICES<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | | | | | |
| 04-42503-R | 00006 | NOUR M. MALKAWI | 17 | XXXXX5203 | 20.99 | 0.00 | 20.99 |
| | | Original check written to:<br>CAPITAL ONE SERVICES<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | | | | | |
| 04-43329-R | 00003 | CHRISTINE ANN SLATER | 7 | XXXXX6629 | 44.13 | 0.00 | 44.13 |
| | | Original check written to:<br>CAPITAL ONE SERVICES<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | | | | | |
| 04-43329-R | 00004 | CHRISTINE ANN SLATER | 6 | XXXXX0234 | 40.41 | 0.00 | 40.41 |
| | | Original check written to:<br>CAPITAL ONE SERVICES<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: September 25, 2009

Check No. 1763642

Check Amount: $11,965.01

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-43358-R | 00031 | GREG & MICHELLE FURMAN | 13 | XXXXXIDED | 46.66 | 0.00 | 46.66 |
| | | Original check written to:<br>MATTHEW B. ERNST<br>8601 ANDERSON MILL ROAD #1334<br>AUSTIN, TX 78729-4729 | | | | | |
| 04-43358-R | 00058 | GREG & MICHELLE FURMAN | 5 | XXXXX4245 | 4.12 | 0.00 | 4.12 |
| | | Original check written to:<br>BANK OF AMERICA<br>P. O. BOX 15019<br>WILMINGTON, DE 19886-5019 | | | | | |
| 04-43481-R | 00018 | KENNETH W. & PAMELA FARRELL | 11 | XXXXX7327 | 804.92 | 0.00 | 804.92 |
| | | Original check written to:<br>DILLARD NATIONAL BANK<br>BANKRUPTCY DEPARTMENT<br>P. O. BOX 52051<br>PHOENIX, AZ 85072-2051 | | | | | |
| 04-43481-R | 00044 | KENNETH W. & PAMELA FARRELL | 13 | XXXXX7181 | 39.60 | 0.00 | 39.60 |
| | | Original check written to:<br>DILLARD NATIONAL BANK<br>BANKRUPTCY DEPARTMENT<br>P. O. BOX 52051<br>PHOENIX, AZ 85072-2051 | | | | | |
| 04-43481-R | 00049 | KENNETH W. & PAMELA FARRELL | 12 | XXXXX(02) | 843.85 | 0.00 | 843.85 |
| | | Original check written to:<br>DILLARD NATIONAL BANK<br>BANKRUPTCY DEPARTMENT<br>P. O. BOX 52051<br>PHOENIX, AZ 85072-2051 | | | | | |
| 04-43531-R | 00042 | JOE G. & MARY C. PAYSINGER | 17 | XXXXX3267 | 28.15 | 0.00 | 28.15 |
| | | Original check written to:<br>AT&T<br>P. O. BOX 309<br>PORTLAND, OR 97207 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: September 25, 2009

Check No. 1763642

Check Amount: $11,965.01

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-43552-R | 00030 | ERIC MICHAEL & AMANDA HACKETT MORRISON | 4 | XXXXX2984 | 32.88 | 0.00 | 32.88 |
| | | Original check written to: SHOP AT HOME 5388 HICKORY HOLLOW PARKWAY NASHVILLE, TN 37013 | | | | | |
| 04-43569-R | 00007 | SHIRLEY K. GREEN-WEST | 8 | 5813 | 1.57 | 0.00 | 1.57 |
| | | Original check written to: CAPITAL ONE SERVICES 15000 CAPITAL ONE DRIVE RICHMOND, VA 23238-1119 | | | | | |
| 04-43720-R | 00025 | ROGER W. & KAREN M. TERRY | 14 | XXXXX2907 | 90.10 | 0.00 | 90.10 |
| | | Original check written to: WOLPOFF & ABRAMSON LLP TWO IRVINGTON CENTRE 702 KING FARM BLVD, 5TH FLOOR ROCKVILLE, MD 20850-5775 | | | | | |
| 04-43750-R | 00026 | ROGER ALAN STORMENT, JR. & CASEY ELIZABETH STORMENT | 3 | 0967 | 0.80 | 0.00 | 0.80 |
| | | Original check written to: WASHINGTON MUTUAL HOME LOANS 7800 NORTH 113TH STREET MILWAUKEE, WI 53224-3135 | | | | | |
| 04-43772-R | 00002 | GEAN D. & CYNTHIA A. HYLES | 6 | XXXXX7212 | 37.45 | 0.00 | 37.45 |
| | | Original check written to: CAPITAL ONE SERVICES 15000 CAPITAL ONE DRIVE RICHMOND, VA 23238-1119 | | | | | |
| 04-43844-R | 00005 | BENNIE A. & GAIL V. HICKS | 5 | 8689 | 48.37 | 0.00 | 48.37 |
| | | Original check written to: CAPITAL ONE SERVICES 15000 CAPITAL ONE DRIVE RICHMOND, VA 23238-1119 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: September 25, 2009

Check No. 1763642

Check Amount: $11,965.01

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-45023-R | 00017 | TIMOTHY JOHN JOHNSON | 7 | 9928 | 417.47 | 0.00 | 417.47 |
| | | Original check written to: RISK MANAGEMENT ALTERNATIVE<br>P. O. BOX 42967<br>PHILADELPHIA, PA 19101-2967 | | | | | |
| 04-45023-R | 00023 | TIMOTHY JOHN JOHNSON | 5 | XXXXX9527 | 94.02 | 0.00 | 94.02 |
| | | Original check written to: GE CAPITAL CONSUMER CARD CO<br>P. O. BOX 52051<br>PHOENIX, AZ 85072-2051 | | | | | |
| 04-45167-R | 00014 | ROBERT NEIL & PATRICIA ANN HORN | 10 | 2635 | 36.10 | 0.00 | 36.10 |
| | | Original check written to: CHEVRON CREDIT BANK, N.A.<br>2001 DIAMOND BLVD.<br>P. O. BOX 5010, SECT. 230<br>CONCORD, CA 94524-0010 | | | | | |
| 04-45212-R | 00005 | RICKY L. & JANE G. PORTER | 7 | XXXXX0463 | 20.03 | 0.00 | 20.03 |
| | | Original check written to: CAPITAL ONE SERVICES<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | | | | | |
| 04-45337-R | 00004 | RONALD EDWARD & CRYSTAL D. KING | 14 | XXXXX3222 | 10.03 | 0.00 | 10.03 |
| | | Original check written to: CAPITAL ONE SERVICES<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | | | | | |
| 05-40332-R | 00019 | STEPHEN R. & TERESA D. MCDANIEL | 6 | XXXXX6450 | 478.99 | 87.73 | 566.72 |
| | | Original check written to: GRAYSON COUNTY<br>C/O LINEBARGER GOGGAN ET AL<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201-2637 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: September 25, 2009

Check No. 1763642

Check Amount: $11,965.01

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-40332-R | 00039 | STEPHEN R. & TERESA D. MCDANIEL | 7 | XXXXX5014 | 755.64 | 146.04 | 901.68 |
| | | Original check written to: TOM BEAN ISD C/O PERDUE, BRANDON ET AL P. O. BOX 13430 ARLINGTON, TX 76094 | | | | | |
| 05-41771-R | 00056 | CRAIG W. O'DONNELL, JR. & SHELLEY D. O'DONNELL | 0 | XXXXX3357 | 1,119.04 | 501.23 | 1,620.27 |
| | | Original check written to: COUNTRYWIDE HOME LOANS MAIL STOP: PTX-B32 7105 CORPORATE DRIVE PLANO, TX 75024-1319 | | | | | |
| 05-44854-R | 00011 | TAMMY DENISE FISHER | 2 | XXXXX1517 | 260.94 | 7.16 | 268.10 |
| | | Original check written to: DRIVE FINANCIAL SERVICES P. O. BOX 5737 CAROL STREAM, IL 60197 | | | | | |
| 05-46243-R | 00005 | DONNA L. MCLAIN | 5 | XXXXX2036 | 3.01 | 0.00 | 3.01 |
| | | Original check written to: BROOK MAYS MUSIC COMPANY 8605 JOHN CARPENTER FRWY. DALLAS, TX 75247-4628 | | | | | |
| 05-50036-R | 00015 | JOHN H. & LINDA C. PAGE | 2 | 4608 | 62.76 | 0.00 | 62.76 |
| | | Original check written to: HIBERNIA NATIONAL BANK LOAN RECOVERY P. O. BOX 809015 DALLAS, TX 75380-9015 | | | | | |
| 06-41028-R | 00018 | MARSHA RENEE FISHER | 7 | XXXXX7583 | 69.34 | 0.00 | 69.34 |
| | | Original check written to: OSI COLLECTION SERVICES INC P. O. BOX 947 BROOKFIELD, WI 53008-0947 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: September 25, 2009

Check No. 1763642

Check Amount: $11,965.01

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-41427-R | 00034 | CHARLES PETER MCMANUS | 12 | XXXXX1836 | 0.42 | 0.00 | 0.42 |
| | | Original check written to: <br> MALLORIE MCMANUS <br> 300 LEGACY DRIVE #1338 <br> PLANO, TX 75023 | | | | | |
| 06-41919-R | 00009 | DAVID CHARLES HERNANDEZ | 3 | 1302 | 0.20 | 56.55 | 56.75 |
| | | Original check written to: <br> COUNTRYWIDE HOME LOANS <br> 7105 CORPORATE DRIVE <br> MAIL STOP: PTX-B-209 <br> PLANO, TX 75024-1319 | | | | | |
| 06-41919-R | 00026 | DAVID CHARLES HERNANDEZ | 8 | XXXXX3354 | 35.74 | 197.47 | 233.21 |
| | | Original check written to: <br> DENTON COUNTY <br> c/o MICHAEL REED <br> P. O. BOX 1269 <br> ROUND ROCK, TX 78680-1269 | | | | | |
| 06-41919-R | 00054 | DAVID CHARLES HERNANDEZ | 0 | XXXXX0707 | 71.86 | 24.85 | 96.71 |
| | | Original check written to: <br> COUNTRYWIDE HOME LOANS <br> 7105 CORPORATE DRIVE <br> MAIL STOP: PTX-B-209 <br> PLANO, TX 75024-1319 | | | | | |
| 07-40883-R | 00055 | ERIK V. STOCKGLAUSNER | 15 | XXXXX9928 | 0.00 | 4.48 | 4.48 |
| | | Original check written to: <br> DENTON COUNTY <br> c/o MICHAEL REED <br> P. O. BOX 1269 <br> ROUND ROCK, TX 78680-1269 | | | | | |
| 07-41423-R | 00060 | BENJAMIN CLARENCE & JAMIE ERIN GUSTAFSON | 7 | XXXXXRIVE | 52.34 | 41.23 | 93.57 |
| | | Original check written to: <br> NATIONSTAR MORTGAGE, LLC <br> P. O. BOX 299008 <br> LEWISVILLE, TX 75029-9008 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: September 25, 2009

Check No. 1763642

Check Amount: $11,965.01

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 07-41423-R | 00109 | BENJAMIN CLARENCE & JAMIE ERIN GUSTAFSON | 0 | XXXXX1019 | 252.77 | 0.00 | 252.77 |
| | | Original check written to: NATIONSTAR MORTGAGE, LLC<br>P. O. BOX 299008<br>LEWISVILLE, TX 75029-9008 | | XXXXX7887 | | | |
| 07-41431-R | 00009 | KIM LEE COPELAND | 2 | XXXXX1513 | 0.00 | 890.26 | 890.26 |
| | | Original check written to: DENTON COUNTY<br>c/o MICHAEL REED<br>P. O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | | | | | |
| 07-41431-R | 00039 | KIM LEE COPELAND | 7 | 6651 | 0.00 | 44.31 | 44.31 |
| | | Original check written to: HOME EQ SERVICING CORP<br>4837 WATT AVENUE<br>NORTH HIGHLANDS, CA 95660 | | | | | |
| 07-41612-R | 00013 | GARY S. GRIFFETH | 7 | XXXXX7509 | 1,342.66 | 239.62 | 1,582.28 |
| | | Original check written to: DENTON COUNTY<br>c/o MICHAEL REED<br>P. O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | | | | | |
| 07-43077-R | 00004 | ROY G. YOUNG | 3 | XXXXX0000 | 0.00 | 59.46 | 59.46 |
| | | Original check written to: DALLAS COUNTY TAX COLLECTOR<br>C/O LINEBARGER GOGGAN ET AL<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201-2644 | | | | | |
| 08-40231-R | 00004 | MARIA THERESA BAEZA | 6 | 9438 | 44.49 | 282.95 | 327.44 |
| | | Original check written to: COUNTRYWIDE HOME LOANS<br>7105 CORPORATE DRIVE<br>MAIL STOP: PTX-B-209<br>PLANO, TX 75024-1319 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: September 25, 2009

Check No. 1763642

Check Amount: $11,965.01

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-40272-R | 00008 | LORENA & ALBERTO V. SCHMIDT | 5 | XXXXX0000 | 0.00 | 0.88 | 0.88 |
| | | Original check written to: <br> DALLAS COUNTY C/O LINEBARGER GOGGAN BLAIR <br> 2323 BRYAN STREET, SUITE 1600 <br> DALLAS, TX 75201 | | | | | |
| 08-43487-R | 00006 | CALVERT RICHARD HOWARD | | XXXXX5609 | 1,025.00 | 0.00 | 1,025.00 |
| | | Original check written to: <br> DRIVE FINANCIAL SERVICES <br> P. O. BOX 560284 <br> DALLAS, TX 75356-0284 | | | | | |
| 09-40633-R | 00002 | LEONARD MICHAEL CHERMACK | | XXXXX2988 | 200.00 | 0.00 | 200.00 |
| | | Original check written to: <br> CAPITAL ONE AUTO <br> P. O. BOX 260848 <br> PLANO, TX 75026-0848 | | | | | |
| | | | | **TOTALS** | **$9,380.79** | **$2,584.22** | **$11,965.01** |